IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON WAHINGTON,

Defendant.                                        No. 08-30071-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Brandon Washington's Unopposed Motion for Extension of Time to File Pretrial Motions (Doc. 148). Defendant seeks an extension of time up to and including December 3, 2010, in which to file pretrial motions as Defendant recently received a CD of discovery materials that he has not had time to thoroughly review. The Government does not object to the motion. Therefore, based on the reasons in the motion, the Court **GRANTS** Defendant's Unopposed Motion for Extension of Time to File Pretrial Motions (Doc. 148). Defendant will have up to and including **December 3, 2010** in which to file pretrial motions.

**IT IS SO ORDERED.**

David R. Herndon
2010.11.15 12:50:29
-06'00'

**Chief Judge**
**United States District Court**