IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON WASHINGTON,

Defendant.                                                    No. 08-30071-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Washington's Motion for Extension of Time to File Pretrial Motions (Doc. 150). Specifically, Defendant asks for additional time to file pretrial motions because he is currently in state custody and will not be released until December 5, 2010 and will not be able to meet with his attorney until after his release to discuss possible pretrial motions. Based on the reasons set forth in the motion, the Court **GRANTS** Defendant Washington's Motion for Extension of Time to File Pretrial Motions (Doc. 150). Defendant will have up to and including **December 17, 2010** in which to file pretrial motions.

**IT IS SO ORDERED.**

Signed this 1st day of December, 2010.

David R. Herndon
2010.12.01
10:41:19 -06'00'

**Chief Judge**
**United States District Court**