IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**BRANDON WASHINGTON,**

**Defendant.** No. 08-30071-DRH

**ORDER**

**HERNDON, Chief Judge**:

Now before the Court is defendant Brandon Washington's court appointed counsel Grant J. Shostak's motion to substitute counsel and continue sentencing (Doc. 167). Shostak seeks leave to withdraw as Washington's counsel and to continue Washington's August 26, 2011, sentencing because he has accepted employment at the University of Missouri School of Law that is to begin immediately. Shostak notes that his father, Burton Shostak, is a member of this Court's CJA panel and has agreed to represent Washington should the Court appoint him. For the reasons stated in the motion, the Court grants the motion to substitute counsel and continue sentencing (Doc. 167). The Court continues the sentencing scheduled for August 26, 2011, until September 30, 2011, at 9:00 a.m. Grant Shostak is terminated as representative counsel for Washington and Burton Shostak is

appointed as CJA counsel for Washington.

**IT IS SO ORDERED.**

Signed this 15th day of August, 2011.

Digitally signed by David R. Herndon
Date: 2011.08.15 16:45:26 -05'00'

**Chief Judge
United States District Court**